ORIGINAL

LODGED

DEC 1 1997

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA Office

1   MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
2   WILLIAM S. LERACH (68581)
    PATRICK J. COUGHLIN (111070)
3   JOHN J. STOIA, JR. (141757)
    THEODORE J. PINTAR (131372)
4   STEVEN W. PEPICH (116086)
    600 West Broadway, Suite 1800
5   San Diego, CA  92101
    Telephone:  619/231-1058
6

7   JANSSEN, MALLOY, NEEDHAM          SOLTAN & ASSOCIATES
      & MORRISON                      VENUS SOLTAN (99144)
    CLAYTON R. JANSSEN (23018)        660 Newport Center Drive
8   730 Fifth Street                  Suite 320
    Drawer 1288                       Newport Beach, CA  92660
9   Eureka, CA  95501                 Telephone:  714/729-3100
    Telephone:  707/445-2071
10

11  LAW OFFICE OF NICHOLAS R.         McCUE & McCUE
      MARCHI                          JONATHAN D. McCUE (128896)
12  NICHOLAS R. MARCHI (60372)        CHARLES T. McCUE (155417)
    716 "I" Street                    600 West Broadway, Suite 230
13  Eureka, CA  95501                 San Diego, CA  92101
    Telephone:  707/445-2200          Telephone:  619/231-8166

FILED

14  Attorneys for Plaintiffs

ENTER

FEB - 2 1998

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE

JAN 2 9 1998

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE

BY                    DEPUTY
ENTER        JS-6

16              UNITED STATES DISTRICT COURT

17          CENTRAL DISTRICT OF CALIFORNIA

18                  SOUTHERN DIVISION

19  KENNETH CLEVELAND, et al., On   )  No. SACV97-846-AHS(EEx)
    Behalf of Themselves and All Others )
20  Similarly Situated and On Behalf of )  CLASS ACTION
    the General Public,             )
21                                  )
                                    )
            Plaintiffs,             )
22                                  )
                                    )
23      vs.                         )
                                    )
    PACIFICARE HEALTH SYSTEMS, INC., et )
24  al.,                           )
                                    )  DATE:  January 26, 1998
25          Defendants.             )  TIME:  10:00 a.m.
                                    )  DEPT:  1
26
27
28      [PROPOSED] ORDER GRANTING
        PLAINTIFFS' MOTION FOR REMAND

    Docketed
    Mld copy Ptys
    Mld Notice Ptys
    JS - 6

ENTERED ON ICMS  17

1    Plaintiffs' Motion for Remand came on for hearing before this

2    Court on January 26, 1998 at 10:00 a.m.   Having reviewed the

3    moving,   opposition   and   reply   papers   and   the   accompanying

4    declarations, and having received oral argument of counsel, the

5    Court finds that the requirements of 28 U.S.C. §1331 are not met

6    and this Court lacks subject matter jurisdiction over this action.

7    Pursuant to 28 U.S.C. §1447(c), plaintiffs' Motion for Remand is

8    therefore GRANTED and this case is hereby remanded to the Orange

9    County Superior Court.

10                              *    *    *

11   IT IS SO ORDERED.

12

13

14   DATED:   1/29/98

15                              THE HONORABLE ALICEMARIE H. STOTLER
                                UNITED STATES DISTRICT COURT JUDGE

16   Submitted by:

17   MILBERG WEISS BERSHAD
       HYNES & LERACH LLP
18   WILLIAM S. LERACH
     PATRICK J. COUGHLIN
19   JOHN J. STOIA, JR.
     THEODORE J. PINTAR
20   STEVEN W. PEPICH

21

22

            STEVEN W. PEPICH
23
     600 West Broadway, Suite 1800
24   San Diego, CA  92101
     Telephone:  619/231-1058
25

26

27

28

                              - 1 -

```
 1 │ JANSSEN, MALLOY, NEEDHAM
   │    & MORRISON
 2 │ CLAYTON R. JANSSEN
   │ 730 Fifth Street
 3 │ Drawer 1288
   │ Eureka, CA  95501
 4 │ Telephone:  707/445-2071
   │
 5 │ LAW OFFICE OF NICHOLAS R.
   │    MARCHI
 6 │ NICHOLAS R. MARCHI
   │ 716 "I" Street
 7 │ Eureka, CA  95501
   │ Telephone:  707/445-2200
 8 │
   │ SOLTAN & ASSOCIATES
 9 │ VENUS SOLTAN
   │ 660 Newport Center Drive
10 │ Suite 320
   │ Newport Beach, CA  92660
11 │ Telephone:  714/729-3100
   │
12 │ McCUE & McCUE
   │ JONATHAN D. McCUE
13 │ CHARLES T. McCUE
   │ 600 West Broadway, Suite 230
14 │ San Diego, CA  92101
   │ Telephone:  619/338-8136
15 │
   │ Attorneys for Plaintiffs
16 │
   │
17 │
   │
18 │
   │
19 │
   │
20 │
   │
21 │
   │
22 │
   │
23 │
   │
24 │
   │
25 │
   │
26 │
   │
27 │
   │
28 │
```

PAC-CARE\MMH01030.ORD

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 600 West Broadway, Suite 1800, San Diego, California  92101.

2.    That on November 26, 1997, declarant served the [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.   Executed this 26th day of November, 1997, at San Diego, California.

_M. Regan Karstrand_
M. Regan Karstrand

-3-

COUNSEL FOR PLAINTIFF(S)

Jonathan D. McCue
Charles T. McCue
MCCUE & MCCUE
600 West Broadway, Suite 2880
San Diego, CA  92101
    619/338-8136
    619/338-0322 (fax)


Clayton R. Janssen
JANSSEN, MALLOY, MARCHI,
    NEEDHAM & MORRISON
730 FifthStreet, Drawer 1288
Eureka, CA  95501
    707/445-2071
    707/445-8305 (fax)

Patrick J. Coughlin
John J. Stoia, Jr.
Theodore J. Pintar
MILBERG WEISS BERSHAD HYNES &
    LERACH LLP
600 West Broadway, Suite 1800
San Diego, CA  92101-5050
    619/231-1058
    619/231-7423 (fax)


Venus Soltan
SOLTAN & ASSOCIATES
660 Newport Center Drive
Suite 320
Newport Beach, CA  92660
    714/729-3100
    714/729-1527 (fax)


COUNSEL FOR DEFENDANTS

Vincent Colianni
COOLEY GODWARD CASTRO
    HUDDLESON & TATUM
Five Palo Alto Square
300 El Camino Real, 4th Floor
Palo Alto, CA  94306-2155
    415/494-7622
    415/857-0663 (fax)


*